### IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS
### 120TH JUDICIAL DISTRICT

| | | |
|---|---|---|
| VICTOR ORDONEZ | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 2021DCV0107 |
| | § | |
| CALVIN KEITH AUSBY, and | § | |
| CAROLINA CARGO FREIGHT | § | |
| EXPEDITERS, LLC, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, CALVIN KEITH AUSBY and CAROLINA CARGO FREIGHT EXPEDITERS, LLC Defendants herein and file this, its Notice of Removal, and would respectfully show the Court as follows:

Please take notice that on March 26, 2020, Defendants removed the above-captioned action to the United States District Court for the Western Division of Texas, El Paso Division thereby removing this cause to United States District Court. A file-stamped copy of that Notice is attached hereto and incorporated herein for all purposes. This Court is respectfully requested to proceed no further in this action unless and until such time as the action may be remanded by order of the United States District Court.

Respectfully submitted,

**Ray, Peña, McChristian, PC**
5822 Cromo Drive
El Paso, Texas 79912
(915) 832-7220 Phone
(915) 832-7333 Facsimile

Date: March 26, 2021    By:    */s/ Daniel H. Hernandez*
**DANIEL H. HERNANDEZ**
State Bar No. 09515685
dhernandez@raylaw.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated above a copy of the foregoing was served on all counsel of record via the CM/ECF filing system.

*/s/ Daniel H. Hernandez*
Daniel H. Hernandez